A CERTIFIED TRUE COPY

JAN 28 2002

ATTEST [signature]
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 1-31-02
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 10 2002

FILED
CLERK'S OFFICE

***DOCKET NO. 1203***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION*** 01-2277 DSD/JMM

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-86)***

On December 10, 1997, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 2,877 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Harvey Bartle III.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Bartle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of December 10, 1997 (1997 WL 774-929), as amended on January 6, 1998, cited at 990 F. Supp. 834 (J.P.M.L. 1998), and, with the consent of that court, assigned to the Honorable Harvey Bartle III.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 28 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

(3)

FILED 2-4-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# SCHEDULE CTO-86 – TAG ALONG CASES
## DOCKET NO. 1203
## IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION

| District | Div | Civil Action # | |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 2 | 01-211 | Boles, etc. v. American Home Products Corp., et al. |
| LOUISIANA WESTERN | | | |
| LAW | 2 | 01-2315 | Thibodeaux v. American Home Products Corp., et al. |
| MINNESOTA | | | |
| MN | 0 | 01-2272 | Sherman v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-2273 | Walker v. Wyeth-Ayerst Laboratories, et al. |
| MN | 0 | 01-2276 | Ernst v. American Home Products Corp. |
| MN | 0 | 01-2277 | Drumgoole v. American Home Products Corp. |
| MISSISSIPPI NORTHERN | | | |
| ~~MSN~~ | ~~2~~ | ~~01-237~~ | ~~Castal, et al. v. American Home Products Corp., et al.~~ opposed 1/25/02 |
| ~~MSN~~ | ~~4~~ | ~~01-292~~ | ~~Ashley, et al. v. American Home Products Corp., et al.~~ opposed 1/25/02 |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 2 | 01-313 | Graham, et al. v. American Home Products Corp., et al. |
| MSS | 2 | 01-314 | Doss, et al. v. American Home Products Corp., et al. |
| ~~MSS~~ | ~~3~~ | ~~01-948~~ | ~~Mosley, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.~~ opposed 1/25/02 |
| ~~MSS~~ | ~~4~~ | ~~01-357~~ | ~~Chandler, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.~~ opposed 1/25/02 |
| ~~MSS~~ | ~~4~~ | ~~01-358~~ | ~~Stallings, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.~~ opposed 1/25/02 |
| ~~MSS~~ | ~~4~~ | ~~01-359~~ | ~~Binion v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.~~ opposed 1/25/02 |
| ~~MSS~~ | ~~4~~ | ~~01-360~~ | ~~Sanders, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.~~ opposed 1/25/02 |

13

FILED

JAN - 9 1998

MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE PRODUCTS LIABILITY LITIGATION) | : | MDL DOCKET NO. 1203 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : | |

**PRETRIAL ORDER #2**

AND NOW, this 7th day of January, 1998, for the purposes of MDL 1203 and until further notice of the transferee court, this order changes the duties of a transferor court under Rule 19(a), (b) and (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

> Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court only a certified copy of both the docket sheet and the complaints together with amendments, if any. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order are to be filed in the transferee court.

LOUIS C. BECHTLE, J.

FILED 2/4/02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______